UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT WILKINS,

        Plaintiff,        Case No. 1:21-cv-793

v.        Honorable Phillip J. Green

CORIZON OF MICHIGAN, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims against Defendants are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to bring those claims in the state courts.

Dated:  January 7, 2022        /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge